IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,                              )<br>                                             )<br>    Plaintiff,                           )     Civil Action No.: 1:06CV01175 (RWR)<br>                                             )<br>    v.                                        )<br>                                             )<br>THE MCCLATCHY COMPANY and    )<br>KNIGHT-RIDDER, INC.,                )<br>                                             )<br>    Defendants.                         )<br>_____)  | |

**NOTICE OF FILING OF STATEMENT REGARDING
TUNNEY ACT REPORT AND CERTIFICATION
OF COMPLIANCE WITH TUNNEY ACT (15 U.S.C. § 16(g))**

Defendant McClatchy concurrently files herewith this Notice and the attached Tunney Act Report and Certification of Compliance with Tunney Act Requirements on Behalf of Defendant The McClatchy Company, which Report and Certification was timely served on July 7, 2006, but not filed with the Court at that time.

DATED: October 4, 2006

FOR DEFENDANT
THE MCCLATCHY COMPANY,

_/s/ Gerard M. Stegmaier_
Gerard M. Stegmaier (D.C. Bar #477145)
WILSON SONSINI GOODRICH & ROSATI, PC
Two Fountain Square, Reston Town Center
11921 Freedom Drive
Suite 600
Reston, VA 20190
(703) 734-3100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>THE MCCLATCHY COMPANY and<br>KNIGHT-RIDDER, INC.,<br><br>    Defendants. | Civil Action No.: 1:06CV01175 (RWR)<br><br>Filed: June 27, 2006 |

### TUNNEY ACT REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF DEFENDANT THE MCCLATCHY COMPANY

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), Defendant The McClatchy Company ("McClatchy") hereby certifies, that to the best of its knowledge and belief (1) there were no written or oral communications by or on behalf of McClatchy with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on June 27, 2006, except for communications solely between counsel for McClatchy and employees of the Department of Justice, which communications are excluded from the reporting requirements of § 2(g) of the Tunney Act, and a telephone conference, on June 22, 2006, among Charles E. Biggio, counsel to McClatchy, Karole Morgan-Prager, Esq., General Counsel of McClatchy, Patrick Talamantes, Chief Financial Officer of McClatchy, Heather Fagundes, Vice President Human Resources of McClatchy, David Meyer, Deputy Assistant Attorney General, Antitrust Division, Department of Justice, Robert Kramer, Director of Operations, Antitrust Division, Department of Justice, Ilene Gotts, Gregory Ostling and Damian Didden, outside counsel to Knight-Ridder, Inc. ("Knight-Ridder"),

and Steven Rossi, CFO of Knight-Ridder and Karen Stevenson, General Counsel of Knight-Ridder, during which the timing of the filing of this action was discussed and (2) McClatchy has fully complied with the requirements of § 2(g) of the Tunney Act.

Note that, as a result of the merger of Knight-Ridder into McClatchy, on June 27, 2006, Knight-Ridder ceased to exist. This report and certification serves as Defendant Knight-Ridder's compliance with § 2(g) of the Tunney Act.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2006.

FOR DEFENDANT
THE MCCLATCHY COMPANY,

_____
Scott A. Sher (D.C. Bar #490614)
WILSON SONSINI GOODRICH & ROSATI, PC
Two Fountain Square, Reston Town Center
11921 Freedom Drive
Suite 600
Reston, VA  20190
(703) 734-3100

CERTIFICATE OF SERVICE

I, Gerard M. Stegmaier, hereby certify that on this 4th day of October, 2006, I caused a true and correct copy of the foregoing:

NOTICE OF FILING OF STATEMENT REGARDING
TUNNEY ACT REPORT AND CERTIFICATION
OF COMPLIANCE WITH TUNNEY ACT (15 U.S.C. § 16(g))

to be served in PDF format via e-mail, on the following persons:

Gregg I. Malawer, Esq.
Litigation III Section
Antitrust Division
U.S. Department of Justice
325 7th Street, NW
Washington, DC 20530
gregg.malawer@usdoj.gov

Gerard M. Stegmaier