IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE McCLATCHY COMPANY ) <br> ) <br> and ) <br> ) <br> KNIGHT-RIDDER, INCORPORATED ) <br> ) <br> Defendants. ) <br> ) | Civil No.: 1:06CV01175 <br><br> Judge: Hon. Richard W. Roberts <br><br> Filing Date: June 27, 2006 |

**UNITED STATES'S CERTIFICATE OF COMPLIANCE WITH
THE ANTITRUST PROCEDURES AND PENALTIES ACT**

The United States of America hereby certifies that it has complied with the provisions of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) ("APPA"), and states:

1. The Complaint, proposed Final Judgment ("Judgment"), Competitive Impact Statement, and Hold Separate Stipulation and Order ("Hold Separate Order"), by which the parties have agreed to the Court's entry of the Judgment following compliance with the APPA, were filed on June 27, 2006.

2. Pursuant to 15 U.S.C. § 16(b), the proposed Judgment, Hold Separate Order, and Competitive Impact Statement were published in the *Federal Register* on July 20, 2006 (71 FR 41249). A copy of the *Federal Register* notice is attached hereto as Exhibit 1.

3. Pursuant to 15 U.S.C. §16(b), the United States furnished copies of the

Complaint, Hold Separate Order, proposed Judgment, and Competitive Impact Statement to anyone requesting them.

4. Pursuant to 15 U.S.C. § 16(c), a summary of the terms of the proposed Judgment, Hold Separate Stipulation and Order, and Competitive Impact Statement was published in *The Washington Post*, a newspaper of general circulation in the District of Columbia, during a seven-day period in July and August 2006 (July 2 -August 3). A copy of the Proof of Publication from *The Washington Post* is attached hereto as Exhibit 2.

5. On July 7, 2006, defendants served on the United States and later filed on October 4, 2006, a declaration that describes their communications with employees of the United States concerning the proposed Judgment, as required by 15 U.S.C. § 16(g). *See* Exhibit 3.

6. The sixty-day public comment period specified in 15 U.S.C. § 16(b) began on August 3, 2006, and ended on October 2, 2006. During that period, the United States received no comments on the proposed Judgment.

7. At this stage, with the United States having published its proposed Judgment and receiving no public comments, and defendants having certified their pre-settlement contacts with government officials, the parties have fulfilled their obligations under the APPA. Pursuant to the Hold Separate Stipulation and Order the Court entered on September 12, 2006, and 15 U.S.C. §16(e), this Court may now enter the Judgment, if it determines that its entry is in the public interest.

8. For the reasons set forth in the Competitive Impact Statement and its Motion for Entry of Final Judgment, the United States strongly believes that the Judgment is in the public interest and urges the Court to enter the Judgment without further proceeding.

Dated: October 10, 2006.

                                                  Respectfully submitted,


                                                  _____/s/   Gregg I. Malawer_____
                                                  Gregg I. Malawer (D.C. Bar #481685)
                                                  U.S. Department of Justice
                                                  Antitrust Division
                                                  325 7th Street, N.W. Suite 300
                                                  Washington, DC 20530
                                                  (202) 514-0230
                                                  Attorney for Plaintiff the United States

## CERTIFICATE OF SERVICE

I, Gregg I. Malawer, hereby certify that on October 10, 2006, I caused copies of the foregoing Motion and Memorandum for Entry of Final Judgment to be served by overnight delivery service sending them via FedEx to duly authorized legal representatives of those parties, as follows:

**Counsel for The McClatchy Company**

Charles E. Biggio, Esquire
Wilson Sonsini Goodrich & Rosati
12 East 49th Street, 30th Floor
New York, NY 10017-8203


**Counsel for Knight-Ridder, Incorporated**

Ilene Gotts, Esquire
Wachtell, Lipton, Rosen, & Katz
51 W. 52nd Street,
New York, NY 10019
Phone: (212) 403-1247


      /s/   Gregg I. Malawer
Gregg I. Malawer (D.C. Bar #481685)
U.S. Department of Justice
Antitrust Division
325 7th Street, N.W. Suite 300
Washington, DC 20530
(202) 514-0230
Attorney for Plaintiff the United States