Ad # 172984   Name US DEPT OF JUSTICE/ANTI TRUS   Size 54 lines                M0067
Class  815'   PO # DJJ06PHATRO Authorized by S. BROWN   Account 632270

PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Kate M. Davey well known to me to be Billing Manager
of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in
The Washington Post, a daily newspaper, upon the following dates at a cost of $3,399.84, and was circulated in the Washington metropolitan area.

Published 7 times. Dates: July 28, 29, 30 and 31, Aug 1, 2 and 3, 2006
Account 632270

_____  *Kate M Davey*

Witness my hand and official seal this 5th day of September 2006

_____
My commission expires _____

Nicole Morton-McFadden
Notary Public District of Columbia
My Commission Expires 05-31-2011

U.S. DEPARTMENT
OF JUSTICE
ANTITRUST DIVISION
Take notice that a proposed Final
Judgment as to The McClatchy
Company and Knight-Ridder,
Incorporated has been filed in a civil
antitrust case, United States of
America v. The McClatchy Company
and Knight-Ridder, Incorporated,
Case No. 1:06CV01175. On June 27,
2006, the United States filed a
Complaint alleging that the
proposed merger of The McClatchy
Company and Knight-Ridder,
Incorporated would violate Section
7 of the Clayton Act, 15 U.S.C. § 18.
The proposed Final Judgment, filed
the same time as the Complaint,
requires defendant The McClatchy
Company to divest the Pioneer
Press, a daily newspaper
distributed in the Minneapolis/ St.
Paul metropolitan area, along with
certain tangible and intangible
assets. A Competitive Impact
Statement filed by the United
States describes the Complaint, the
proposed Final Judgment, the
industry, and the remedies
available to private litigants who
may have been injured by the
alleged violation. Copies of the
Complaint, proposed Final

2  Ad # 172984   Name US DEPT OF JUSTICE/ANTI TRUS   Size 54 lines                M0068
   Class  815'  PO # DJJ06PHATRO Authorized by S. BROWN  Account 632270

Judgment and Competitive Impact Statement are available for inspection at the Department of Justice in Washington, D.C. in Room 215, 325 Seventh Street, N.W., and at the Office of the Clerk of the United States District Court for the District of Columbia, Washington, D.C.

Interested persons may address comments to John R. Read, Chief, Litigation III Section, Antitrust Division, United States Department of Justice, 325 7th Street N.W., Suite 300, Washington, D.C. 20530 (telephone: 202-307-0468).